

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00051-CR

Alberto **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0864A
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. The clerk of this court is ORDERED to immediately issue the mandate.

SIGNED February 28, 2018.

_____
Luz Elena D. Chapa, Justice